# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MISTY LEUBNER, Individually and as
parent and next friend of E.L., a Minor                    PLAINTIFF

v.                           No. 4:24-cv-535-DPM

DOORDASH, INC.;  ORLANDO
LONG;  JOHN DOES 1-3;  and JOHN
DOE ENTITIES 1-3                                        DEFENDANTS

## JUDGMENT

Leubner's complaint is dismissed with prejudice.  The Court
retains jurisdiction until 6 July 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_5 May 2026_